# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

OCT 17 2024 PM 3:00
FILED-USDC-CT-HARTFORD

## COMPLAINT FORM

Chas2u Green

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Class Action

Subway v. Allied Universal grayform mgm Grand mass
State of Connecticut / CT DOC Att Bristol Ct New York City
State of New York / PA DOC City of Groton USPS
State of mass / Dollar Tree / Walgreens Town of Groton
State of PA / Prise Choppers familydollar yeta yale Nw Haven
State of OH Town of Southington
State of FL / Stop an Shop Heath Penn State Street Dept
Walmart / Best Western WConn east lyme and
Hartford Lowes Home improvment UPS Bristols
police Peter pan racta City of New Haven Willington
Bus bigy Harte Dealers facebook Groton
Amtrak old lyme east lyme

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. Chas2c Green is a citizen of CT who
   (Plaintiff)                    (State)
   presently resides at Hartford Ct
   (mailing address)

2. Defendant CT is a citizen of CT
   (name of first defendant)         (State)
   whose address is Hartford CT

3. Defendant __NY__ is a citizen of __NY__
   (name of second defendant)                (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:** _____

_____

_____

Supporting Facts:

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes          No

_____   _____
Original signature of attorney (if any)       **Plaintiff's Original Signature**

_____   _____
Printed Name                                   Printed Name


(   )                                          (   )
Attorney's full address and telephone          Plaintiff's full address and telephone


Email address if available                     Email address if available


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                        (location)                              (date)


_____
**Plaintiff's Original Signature**


(Rev.3/29/16)